MINUTE ENTRY
BROWN, J.
SEPTEMBER 3, 2026
JS10 – 00:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| VERSUS | NO. 21-11 |
| CHRISTOPHER O'CONNOR | SECTION: G |

SENTENCING

| | |
|---|---|
| Court Reporter: | Jodi Simcox |
| Case Manager: | Morgan Palmer |
| Law Clerk: | Jennifer Papa |

| | |
|---|---|
| PRESENT: | Christopher O'Connor, Defendant<br>Michael Paul Ciaccio, Counsel for Defendant<br>Chandra Menon, Assistant U.S. Attorney |

Case called at 10:23 a.m.
Defendant present and sentenced to Count 1 of the Indictment.
Counts dismissed on motion of the United States as to this defendant: Count 2.
See Judgment.
The defendant is released.
Hearing completed 10:53 a.m.